El Pueblo, Demandante y Apelado, *v.* Figueroa, Acusado y Apelante.

No. 2245.—*Visto:* Julio 21, 1924. *Resuelto:* Julio 29, 1924.

Exposición del Caso en Causas Criminales; Prórroga para Radicarla—Diligencia del Apelante.—De acuerdo con la teoría de que en casos criminales la corte sentenciadora tiene discreción para admitir una exposición del caso fuera de término, el Tribunal Supremo, teniendo en cuenta que en el presente caso se trata de una sentencia a prisión perpetua y que el apelante sólo estaba retrasado un día cuando fué radicada la moción de prórroga que le fué negada, concedió un nuevo término al apelante para radicar la exposición del caso.

Moción del apelante sobre radicación de la exposición del caso, en apelación de sentencia por asesinato. *Con lugar la moción.*

B. *Pagán*, abogado del apelante; *José E. Figueras, Fiscal*, abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

En la Corte de Distrito de Guayama el apelante, convicto de un delito de asesinato en primer grado y sentenciado a reclusión perpetua, después de haber obtenido una o dos prórrogas del término, solicitó de la corte nueva prórroga para radicar una exposición del caso. La corte negó la prórroga debido a que la moción que para ella se hizo llegó a la oficina del Secretario demasiado tarde. En realidad de verdad la moción sólo llegó con un día de retraso pero la corte creyó que carecía de discreción para concederla de conformidad con la jurisprudencia sentada por esta corte. Cualquiera que haya sido la ley o la práctica en apelaciones en casos civiles, hemos interpretado la ley en un sentido algo diferente en las apelaciones criminales. *Rivera* v. *Sepúlveda,* 25 D.P.R. 197. Este caso demuestra claramente que en un caso criminal la corte sentenciadora tiene discreción para admitir una exposición del caso radicada fuera del término señalado, si el apelante prueba su diligencia, y tiene asimismo la corte inferior discreción para prorrogar el término para tal radicación.

El apelante sólo estaba retrasado un día y la moción de prórroga llegó a Guayama por correo el mismo día en que el término vencía, pero no llegó a la oficina del secretario. Aunque estaríamos más satisfechos si el apelante hubiera demostrado que la exposición del caso estuvo lista para ser radicada y tal vez hizo algún affidavit de ser meritoria la apelación, sin embargo, en un caso en el cual está envuelta una sentencia de reclusión perpetua estamos dispuestos a ser liberales. Por tanto debe expedirse una orden por la cual se autorice a la Corte de Distrito de Guayama para *recibir, considerar y aprobar la exposición del caso* y remitirla luego a este tribunal como parte de los autos con tal que dicha exposición del caso sea radicada en la referida corte de distrito en o antes del quince de agosto de 1924.